**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1325**

ANDREW C. DAVIS, III,

                                    Plaintiff - Appellant,

        versus

ANTHONY DINOME; JAMES WALSH; ROBERT DUDLEY;
DIMITRIOS VARELAS; STATE OF NORTH CAROLINA;
BROUGHTON HOSPITAL,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (1:06-cv-00070)

Submitted: May 16, 2006                  Decided: May 22, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew C. Davis, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew C. Davis, III, appeals the district court's order dismissing as frivolous his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davis v. Dinome</u>, No. 1:06-cv-00070 (W.D.N.C. filed Mar. 1, 2006 & entered Mar. 2, 2006). We deny Davis' motion for a court order and motion for a subpoena. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>